Jeffrey L. Fazio (146043) (jfazio@dehengsv.com)
Yi Yao (292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-5856
F: 925-397-1976

*Attorneys for Plaintiff Jun Wu*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JUN WU, individually and on behalf of all others similarly situated, | No. 20-cv-11799-FMO (GJSx) |
| Plaintiff, | **DECLARATION OF FANFAN ZHANG** |
| vs. | |
| RUIXUE SHI, aka SERENA SHI, an individual, COACHELLA VALLEY HOTEL, LLC a California limited liability company, HYDE MORGAN DEVELOPMENT LLC, a Delaware limited liability company, and DOES 1-10, inclusive, | |
| Defendants. | |

1    I, Fanfan Zhang, declare as follows:

2       1.    I am a Chinese citizen who currently resides in Beijing, China. Except
3    where noted, the testimony set forth in this declaration is based on my first-hand
4    knowledge, about which I would and could testify competently in court if called
5    upon to do so.

6       2.    From May through October 2016, I was employed by former Defendant
7    Global House Buyer Limited (the "Defendant") as a Sales Manager for a real estate
8    development project in California called the Palm Springs Luxury Hotel Investment
9    Project (the "Project"), which was run by Defendants Hyde Morgan Development
10   LLC, and Coachella Valley Hotel, LLC.

11      3.    Among my duties as the Project's Sales Manager was to find
12   prospective Chinese investors and sell them condominium units. The selling prices
13   of the Project's condominium units ranged from $400,000 to $700,000 per unit,
14   depending on, among other things, square footage and location within the
15   development.

16      4.    During my tenure as Sales Manager, I communicated regularly with
17   many investors in the Project. I also had access to the Project's sales information.
18   Right before I left the Defendant's employment, my assistant obtained a hard disk
19   from the employees of the Defendant, which contained a file that is a list of investors
20   of the Project. Based on my personal knowledge of the Project's investors and
21   relevant information, the list represented a relatively complete investors list prepared
22   by internal employees of the Defendant at that time. A true and correct copy of the
23   investor list is attached hereto as **Exhibit 1**.

24      I declare under penalty of perjury under the laws of the United States of
25   America that the forgoing is true and correct, and this Declaration is executed in
26   Beijing, China on September 25, 2021.

27

28

1

2
___[signature of Fanfan Zhang]____
Fanfan Zhang

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Jeffrey L. Fazio (146043) (jfazio@dehengsv.com)

2  Yi Yao (292563) (yyao@dehengsv.com)

**DEHENG LAW OFFICES PC**

3  7901 Stoneridge Drive, Suite 208

4  Pleasanton, CA 94588

5  T: 925-399-5856

6  F: 925-397-1976

7  *Attorneys for Plaintiff Jun Wu*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12

13                         **WESTERN DIVISION**

14

15  JUN WU, individually and on          No. 20-cv-11799-FMO (GJSx)
16  behalf of all others similarly
    situated,
17
                                         张凡帆的证词
18      Plaintiff,

19

20  vs.

21

22

23

1

2   RUIXUE SHI, aka SERENA SHI,
    an individual, COACHELLA
3   VALLEY HOTEL, LLC a California
    limited liability company, HYDE
4   MORGAN DEVELOPMENT LLC, a
    Delaware limited liability company,
5   and DOES 1-10, inclusive,

6

7       Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

我，张凡帆，作出如下声明：

2

1.　我是一位中国公民，目前居住在北京。除非特别说明，这份声明中所陈述的证词基于我的第一手知识，如果被要求，我愿意并且可以在法庭上胜任作

3

证。

4

2.　我曾经是这起案件中的前被告万国置地房地产经纪有限公司的一名销

5

售经理，我在 2016 年 5 月入职，并在同一年的 10 月离职，负责一个由被告 Hyde

6

Morgan Development LLC 和 Coachella Valley Hotel LLC 操办的、在美国加州的房地产开发项目，叫做 the Palm Springs Luxury Hotel Investment Project（以

7

下简称"棕榈泉项目"）。

8

3.　作为棕榈泉项目的销售经理，我的职责包括寻找中国客户和向他们销售公寓单元。每个棕榈泉项目的公寓单元当时的售价在 40 万到 70 万美元之间，根

9

据平方尺数和在项目中的具体位置等因素而有所不同。

10

4.　在我担任销售经理期间，我曾经与很多购买棕榈泉项目的投资人有频

11

繁的沟通。而且，我还有渠道接触到棕榈泉项目的销售信息。在我即将离职的时

12

候，我的助理曾经有机会获得被告公司内部人员的一个硬盘，其中就有一份当时棕

13

榈泉项目投资人的清单文件。根据我对于这个项目投资人和相关情况的了解，这份清

14

单是当时被告公司内部人员整理出来的一份比较完整的投资人清单。该清单的一份真实而准确的文件版本作为附件 1 附在了证词的后面。

15

我声明以上证词都是真实、准确的，否则将面临美国法下伪证罪的惩罚。

16

本证词签于 2021 年 9 月___25___日于中国___北京___市。

17

18



19

张凡帆

20

21

**-3-**

22

张凡帆的证词

23

## DECLARATION OF TRANSLATION

The undersigned hereby declares that she is fluent in English and in Mandarin Chinese, and that the accompanying translation is complete, correct, and true.

Title of Document:

- Declaration of Fanfan Zhang (3 pages);

This certification was executed on September 24, 2021 at San Francisco, California.

Name of Translator: _____Mei Xuan_____

Signature of Translator: _____

Company: DeHeng Law Offices PC

Address:  7901 Stoneridge Drive
 Suite 208
 Pleasanton, CA 94588

E-mail:   mxuan@dehengsv.com

Phone:   (925) 399-5856



EXHIBIT 1

Translation

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | No. | Housing Purchase Time | Order No. | House purchasing amount | Customer | Tel. | Record Consultant of Sales Department | CRM Consultant | Change of Salesperson | Branch |
| 2 | 1 | 2/3/2015 | 2016010091 | $1,900,000 | Jun Wang | Personal Contact Information Redacted | Qiyuan Huang | Yes | Shenzhen |
| 3 | 2 | 11/21/2015 | 2016010034 | $380,000 | Daming Wang | | Miao Tian | Xu Zhang | Yes | Beijing |
| 4 | 3 | 11/21/2015 | 2016010035 | $380,000 | Lihua Sun | | Miao Tian | Kuanxian Zhang | Yes | Beijing |
| 5 | 4 | 11/21/2015 | 2016010035 | $380,000 | Lihua Sun | | Miao Tian | Kuanxian Zhang | Yes | Beijing |
| 6 | 5 | 11/21/2015 | 2016010036 | $430,000 | Xiaoxuan Yuan | | Miao Tian | Miao Tian | No | Beijing |
| 7 | 6 | 11/21/2015 | 2016010037 | $430,000 | Zishi Zhao | | Xu Zhang | Kuanxian Zhang | Yes | Beijing |
| 8 | 7 | 11/21/2015 | 2016010038 | $430,000 | Xilong Chen | | Miao Tian | Lingge Li | Yes | Beijing |
| 9 | 8 | 11/21/2015 | 2016010039 | $420,000 | Junwu Ma | | Miao Tian | Wenyuan Guo | Yes | Beijing |
| 10 | 9 | 11/21/2015 | 2016010040 | $390,000 | Wenhong Shao | | Miao Tian | Atao Chen | Yes | Beijing |
| 11 | 10 | 11/21/2015 | 2016010041 | $430,000 | Shuping Zhou | | Miao Tian | Kuanxian Zhang | Yes | Beijing |
| 12 | 11 | 11/21/2015 | 2016010045 | $390,000 | Peixin Lyu | | Miao Tian | Pinyue Zhou | Yes | Beijing |
| 13 | 12 | 11/21/2015 | 2016010046 | $700,000 | Yuqing Tu | | Xin Wang | Yawei Wang | Yes | Shenzhen |
| 14 | 13 | 11/21/2015 | 2016010046 | $380,000 | Yuqing Tu | | Xin Wang | Yawei Wang | Yes | Shenzhen |
| 15 | 14 | 11/21/2015 | 2016010046 | $380,000 | Yuqing Tu | | Xin Wang | Yawei Wang | Yes | Shenzhen |
| 16 | 15 | 11/21/2015 | 2016010047 | $380,000 | Shaokang Gao | | Xin Wang | Yawei Wang | Yes | Shenzhen |
| 17 | 16 | 11/21/2015 | 2016010049 | $430,000 | Bijun Wang | | Xu Zhang | Xu Zhang | No | Beijing |
| 18 | 17 | 11/21/2015 | 2016010050 | $700,000 | Yuqing Tu | | Xin Wang | Yawei Wang | Yes | Shenzhen |
| 19 | 18 | 11/21/2015 | 2016010052 | $380,000 | Lisha Zhou | | Miao Tian | Fanfan Zhang | Yes | Beijing |
| 20 | 19 | 11/21/2015 | 2016010054 | $430,000 | Jianghao Yu | | Xu Zhang | Xu Zhang | No | Beijing |
| 21 | 20 | 11/21/2015 | 2016010015 | $380,000 | Chaopo Bai | | Miao Tian | Wenyuan Guo | Yes | Beijing |
| 22 | 21 | 11/21/2015 | 2016010011 | $700,000 | Yuqin Chen | | Xu Zhang | Xu Zhang | No | Beijing |
| 23 | 22 | 12/21/2015 | 2016010042 | $420,000 | Feng Li | | Miao Tian | Xin Che | Yes | Beijing |
| 24 | 23 | 12/21/2015 | 2016010042 | $430,000 | Feng Li | | Miao Tian | Xin Che | Yes | Beijing |
| 25 | 24 | 12/21/2015 | 2016010042 | $380,000 | Feng Li | | Miao Tian | Xin Che | Yes | Beijing |
| 26 | 25 | 12/21/2015 | 2016010042 | $380,000 | Feng Li | | Miao Tian | Xin Che | Yes | Beijing |
| 27 | 26 | 12/25/2015 | 2016010018 | $380,000 | Muhan Li | | Kuanxian Zhang | Kuanxian Zhang | No | Beijing |
| 28 | 27 | 12/27/2015 | 2016010016 | $380,000 | Lili Zhu | | Miao Tian | Shanshan Zhang | Yes | Beijing |
| 29 | 28 | 12/27/2015 | 2016010016 | $380,000 | Lili Zhu | | Miao Tian | Shanshan Zhang | Yes | Beijing |
| 30 | 29 | 12/29/2015 | 2016010017 | $380,000 | Shan Wang | | Wenyue Wang / Le Zang | Le Zang | No | Beijing |
| 31 | 30 | 1/19/2016 | 2016010020 | $390,000 | Quanlai Ding | | Shanshan Zhang | Shanshan Zhang | No | Beijing |
| 32 | 31 | 1/25/2016 | 2016010027 | $380,000 | Zhen Gu / Dong Li | | Kuanxian Zhang | Kuanxian Zhang | No | Beijing |
| 33 | 32 | 2/17/2016 | 2016010023 | $400,000 | Jijie Ma | | Wenyue Wang / Kuanxian | Kuanxian Zhang | No | Beijing |
| 34 | 33 | 2/27/2016 | 2016030044 | $400,000 | Nengxue Chen | | Kuanxian Zhang | Kuanxian Zhang | No | Beijing |
| 35 | 34 | 2/27/2016 | 2016030042 | $400,000 | Hua Zhang | | Miao Tian | Kuanxian Zhang | Yes | Beijing |
| 36 | 35 | 3/8/2016 | 2016030081 | $450,000 | Hui Zhou | | Xin Wang | Xu Zhang | Yes | Shenzhen |
| 37 | 36 | 3/16/2016 | 2016030057 | $400,000 | Hui Chen | | Le Zang | Le Zang | | Beijing |
| 38 | 37 | 3/23/2016 | 2016030047 | $400,000 | Zhiying Zhang | | Guangyao Jin | Wenyuan Guo | Yes | Beijing |
| 39 | 38 | 3/24/2016 | 2016030027 | $420,000 | Yiping Chen | | Pengcheng Zhu | Pengcheng Zhu | No | Shanghai |
| 40 | 39 | 3/30/2016 | MYR 2,016,030,065 | $430,000 | Yongmei Zhang | | Miao Tian | Kuanxian Zhang | Yes | Beijing |
| 41 | 40 | 3/30/2016 | 2016030064 | $420,000 | Yali Liu | | Miao Tian | Xu Zhang | Yes | Beijing |
| 42 | 41 | 4/6/2016 | 2016030066 | $400,000 | Yunfeng Gao / Suying Tong | | Kuanxian Zhang | Kuanxian Zhang | No | Beijing |
| 43 | 42 | 7/16/2016 | 2016030121A | $430,000 | Ying Cui | | Bo Meng, Ru Tian | Bo Meng, Ru Tian | No | Beijing |
| 44 | 43 | 7/27/2016 | MYR 2,016,030,270 | $430,000 | Jiaxing Zhang | | Fanfan Zhang | Fanfan Zhang | No | Beijing |
| 45 | | | | | | | | | | |
| 46 | Château Aroma Reservation Statistics Form | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | # | Customer name | Consultant | Purchase item | Tel. of customer | Customer address | Email | | | |
| 48 | | | | Customers enjoying preferential rates | | | | | | |
| 49 | | | | Regular customers | | | | | | |
| 50 | 2 | Shijun Wang | Atao Chen | 2 suites of Palm Springs | Personal Contact Information Redacted | | | | | |
| 51 | 3 | Lixia Sun | Atao Chen | 1 suite in Toronto and 1 suite of Palm Springs | | | | | | |
| 52 | 4 | Chaohui Qi | Ru Tian | 1 suite of San Juan and 1 suite of Palm Springs | | | | | | |
| 53 | 5 | Yantao Wu | Xuan Zhao | 1 suite of Palm Springs | | | | | | |
| 54 | 6 | Min Li | Xuan Zhao | 1 suite of Palm Springs | | | | | | |
| 55 | 7 | Liang Liang | Xuan Zhao | 2 suites of Palm Springs | | | | | | |
| 56 | 8 | Ying Cui | Bo Meng | 1 suite of Palm Springs | | | | | | |
| 57 | 9 | Xiaohui He | Xu Zhang | Palm Springs EB5 | | | | | | |
| 58 | 10 | Bing Han | Xu Zhang | 1 suite in San Juan | | | | | | |
| 59 | 11 | Jianling Hu | Xu Zhang | Palm Springs EB5 | | | | | | |
| 60 | 12 | Lu Tang | Xu Zhang | Palm Springs EB5 | | | | | | |
| 61 | 13 | Hao Wu | Xu Zhang | Palm Springs EB5 | | | | | | |
| 62 | 14 | Xiaojiang Yu | Xu Zhang | 4 suites of Palm Springs | | | | | | |
| 63 | 15 | Hui Zhou | Xu Zhang | 2 suites of Palm Springs | | | | | | |
| 64 | 16 | Daming Wang | Xu Zhang | 1 suite of Palm Springs and 1 suite in the U.K. | | | | | | |
| 65 | 18 | Lijuan Chu | Yawei Wang | Palm Springs EB5 | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 19 | Junmei Chen | Yawei Wang | Palm Springs EB5 | Personal Contact Information Redacted | | | | | |
| 67 | 20 | Shensi He | Wenyuan Guo | 1 suite of Palm Springs | | | | | | |
| 68 | 21 | Shuang Gao | Wenyuan Guo | 1 suite of Palm Springs | | | | | | |
| 69 | 22 | Zhansheng Gao | Wenyuan Guo | 1 suite of Palm Springs | | | | | | |
| 70 | 23 | Zhiying Zhang | Dongyuan Zhang | 2 suites of Palm Springs and 1 suite in Toronto | | | | | | |
| 71 | 24 | Xiaoye Du | Wenyuan Guo | 1 suite of Palm Springs | | | | | | |
| 72 | 25 | Hui Chen | Le Zang | 1 suite of Palm Springs and 1 suite in Arden Hill, South Korea | | | | | | |
| 73 | 26 | Muhan Li | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 74 | 27 | Hua Zhang | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 75 | 28 | Nengxue Chen | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 76 | 29 | Jijie Ma | Kuanxian Zhang | 2 suites of Palm Springs | | | | | | |
| 77 | 31 | Yunfeng Gao | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 78 | 32 | Xinyan Li | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 79 | 33 | Nina Meng | Kuanxian Zhang | 4 suites of Palm Springs | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 34 | Xiuying Yu | Kuanxian Zhang | 1 suite of Palm Springs | Personal Contact Information Redacted | | | | | |
| 81 | 35 | Dianhua Hou | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 82 | 36 | Yidong Wang | Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 83 | 37 | Yiping Chen | Pengcheng Zhu | 2 suites of Palm Springs | | | | | | |
| 84 | 38 | Yuefeng Lin | Pengcheng Zhu | 1 suite of Palm Springs | | | | | | |
| 85 | 39 | Jianbin Fang | Pengcheng Zhu | 2 suites of Palm Springs | | | | | | |
| 86 | 40 | Bo Liu | Pengcheng Zhu | 1 suite of Palm Springs and 1 suite in Houston | | | | | | |
| 87 | 41 | Qiong Huang | Pengcheng Zhu | 2 suites of Palm Springs | | | | | | |
| 88 | 42 | Gang Xu | Pengcheng Zhu / Zeying He | 1 suite of Palm Springs and 1 suite in Toronto | | | | | | |
| 89 | 43 | Yongmei Zhang | Miao Tian / Kuanxian Zhang | 1 suite of Palm Springs | | | | | | |
| 90 | 44 | Lisha Zhou | Miao Tian / Fanfan Zhang | 1 suite of Palm Springs | | | | | | |
| 91 | 45 | Lili Zhu | Miao Tian / Shanshan Zhang | 1 suite of Palm Springs | | | | | | |
| 92 | 46 | Aisong Zhang | Miao Tian / Xu Zhang | Palm Springs EB5 | | | | | | |
| 93 | 47 | Hongwei Wang | Miao Tian / Songmao Dong | 1 suite of Palm Springs | | | | | | |
| 94 | 48 | Yali Liu | Miao Tian / Xu Zhang | 1 suite of Palm Springs | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 49 | Peixin Lyu | Miao Tian / Pinyue Zhou | 1 suite of Palm Springs | Personal Contact Information Redacted | | | | | |
| 96 | 50 | Wenhong Shao | Miao Tian / Atao Chen | 1 suite of Palm Springs | | | | | | |
| 97 | 51 | Lijuan Zhuang | Miao Tian / Liang Li | 1 suite of Palm Springs | | | | | | |
| 98 | 52 | Lihua Sun | Miao Tian / Kuanxian Zhang | 2 suites of Palm Springs | | | | | | |
| 99 | 53 | Jiuzhong Chen | Fanfan Zhang | 2 suites of Palm Springs and 1 suite in Toronto | | | | | | |
| 100 | 54 | Jixia Qin | Yong Zhang | 1 suite in Australia | | | | | | |
| 101 | 55 | Zhe Li | Kewei Lu | 2 suites of Palm Springs | | | | | | |
| 102 | 58 | Yaping Chen | Songmao Dong | 1 suite of Palm Springs and 1 suite in Houston | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Owner List of Palm Springs | | | | | |
| 2 | No. | Name and room No. | Tel. | Email | QQ | | | |
| 3 | 1 | Huiqun Ding B-408 | Personal Contact Information Redacted | | | | | |
| 4 | 2 | Donghong Fu E107 | | | | | | |
| 5 | 3 | Ning Li D103 | | | | | Payment in RMB | |
| 6 | 4 | Ting Li A410 | | | | | | Added |
| 7 | 5 | Zengrong Li B101 | | | | | | Applied for addition |
| 8 | 6 | Yuling Shi A103 | | | | | | Added |
| 9 | 7 | Yumei Shi A112 | | | | | | |
| 10 | 8 | Rongzhang Huang E307 | | | | | | Applied for addition |
| 11 | 9 | Wenhua Huang 003 | | | | | | Added |
| 12 | 10 | Bo Gao A202 | | | | | | |
| 13 | 11 | Shuang Gao A109 | | | | | | Applied for addition |
| 14 | 12 | Dong Huang A310 (Xiaoying Cai) | | | | | | Applied for addition |
| 15 | 13 | Guozheng Lu F101 | | | | | | |
| 16 | 14 | Shaokang Gao 016 | | | | | | |
| 17 | 15 | Yunfeng Gao, Suying Tong F106 | | | | | | Added |
| 18 | 16 | Jijie Ma 036 | | | | | | Added before |
| 19 | 17 | Junwu Ma A312 | | | | | | |
| 20 | 18 | Yanqing Gu A412 | | | | | | |
| 21 | 19 | Yuqin Chen 061 | | | | Liyu Huang | | |
| 22 | 20 | Chong Chen A311 | | | | | | Applied for addition |
| 23 | 21 | Weiai Chen 022 | | | | | | |
| 24 | 22 | Xilong Chen 051 | | | | | | |
| 25 | 23 | Zhiwei Chen  B407 | | | | | | |
| 26 | 24 | Jun Chen B301 C305 | | | | | | Applied for addition |
| 27 | 25 | Junmei Chen 046 | | | | | | Added |
| 28 | 26 | Huameng Wen C202 | | | | | | Applied for addition |
| 29 | 27 | Hai Guo, Yuqing Shi A105 | | | | | | |
| 30 | 28 | Minglu Guo E308 | | | | | | |
| 31 | 29 | Shuilian Jin 046 | | | | | | Added |
| 32 | 30 | Feng Qian A302 | | | | | | Added |
| 33 | 31 | Wenhong Shao A206 | | | | | | |
| 34 | 32 | Xinmin Zheng F202 | | | | | | Added |
| 35 | 33 | Ding Zou A-101 | | | | | | Applied for addition |
| 36 | 34 | Nianyang Deng C401 | | | | | | |
| 37 | 35 | Chunyan Zhao & Yan Li F301 | | | | | | Added |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 38 | 36 | Jie Zhao_F206 | Personal Contact Information Redacted | | | | | |
| 39 | 37 | Jing Zhao 006 | | | | | | |
| 40 | 38 | Zhifeng Zhao | | | | | | Applied for addition |
| 41 | 39 | Xiaohui He 001 002 | | | | EB5 | | |
| 42 | 40 | Jiangbiao Xie 032 | | | | | | |
| 43 | 41 | Mingxia Xie 205 | | | | | | Applied for addition |
| 44 | 42 | Rong Xie A308 | | | | | | Applied for addition |
| 45 | 43 | Yuan Zhao C305 | | | | | | |
| 46 | 44 | Zishi Zhao 052 | | | | | | |
| 47 | 45 | Qiuying Cheng C207 | | | | | | |
| 48 | 46 | Peipei Fan 055 | | | | | | Applied for addition |
| 49 | 47 | Jianling Hu 023 | | | | RMB | | |
| 50 | 48 | Leixin Luo C207 | | | | | | |
| 51 | 49 | Chaopo Bai 029 | | | | | | |
| 52 | 50 | Wei Gan A310 | | | | | | |
| 53 | 51 | Chaohui Qi E303 | | | | | | |
| 54 | 52 | Hong Tian C102 | | | | | | Added |
| 55 | 53 | Hui Wang F306 | | | | | | Applied for addition |
| 56 | 54 | Lijun Wang F401 | | | | RMB | | Applied for addition |
| 57 | 55 | Yidong Wang A205 | | | | | | Added |
| 58 | 56 | Shijun Wang E201 E202 | | | | | | Applied for addition |
| 59 | 57 | Shu Wang, Xi Wang_E209 | | | | RMB | | |
| 60 | 58 | Hong Wang A110 | | | | | | |
| 61 | 59 | Hongwei Wang C206 | | | | | | |
| 62 | 60 | Huiying Wang B108 B207 | | | | | | |
| 63 | 61 | Jie Wang C201 | | | | | | |
| 64 | 62 | Sheng Wang_F403 | | | | | | Added |
| 65 | 63 | Bijun Wang 021 | | | | | | |
| 66 | 64 | Fengwei Wang F405 | | | | | | |
| 67 | 65 | Jiang Hong 048 | | | | | | |
| 68 | 66 | Zhilong Pan_D406 | | | | | | |
| 69 | 67 | Dong Wang, Hongwei Du B-105 | | | | | | |
| 70 | 68 | Weidong Wang B305 | | | | | | |
| 71 | 69 | Wenting Xiong | | | | Reservation | | |
| 72 | 70 | Fei Duan | | | | Reservation | | |
| 73 | 71 | Daming Wang 040 | | | | | | |
| 74 | 72 | Liang Liang D301 D302 | | | | | | WeChat account added |
| 75 | 73 | Peng Liu, Ying Xu F203 | | | | | | |
| 76 | 74 | Xinge Du 050 | | | | | | |
| 77 | 75 | Yuefeng Lin 008 | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 78 | 76 | Bo Yang C101 | Personal Contact Information Redacted | | | Reservation | | |
| 79 | 77 | Fang Yang C403 | | | | RMB | | |
| 80 | 78 | Jie Du F303 | | | | | | Applied for addition |
| 81 | 79 | Xiaoye Du B405 | | | | | | |
| 82 | 80 | Can Li A107 | | | | | | |
| 83 | 81 | Xinyuan Li C402 | | | | | | |
| 84 | 82 | Huichuan Li E103 | | | | | | |
| 85 | 83 | Muhan Li 025 | | | | | | |
| 86 | 84 | Xinyan Li D306 | | | | | | |
| 87 | 85 | Ning Li_C407 | | | | | | |
| 88 | 86 | Si Fang C401 | | | | Reservation | | |
| 89 | 87 | Gang Xu A309 | | | | | | |
| 90 | 88 | Xin Xu A-306 | | | | Reservation | | |
| 91 | 89 | Yuanxian Xu E309 | | | | | | |
| 92 | 90 | Aisong Zhang B106 | | | | | | |
| 93 | 91 | Min Zhang F-205 | | | | Reservation | | |
| 94 | 92 | Xiaoya Zhang 030 | | | | | | |
| 95 | 93 | Yongmei Zhang B-308 | | | | | | |
| 96 | 94 | Lijuan Zhuang A306 | | | | | | |
| 97 | 95 | Shizhang Song C103 | | | | Reservation | | |
| 98 | 96 | Xi Yin E108 | | | | | | |
| 99 | 97 | Feng Jiang D401 D402 | | | | | | |
| 100 | 98 | Wenjing Zhou B301 | | | | | | |
| 101 | 99 | Xuewen Zhou A210 | | | | Reservation | | |
| 102 | 100 | Anmin Wu A211 | | | | | | |
| 103 | 101 | Guiqin Wu A111 | | | | | | |
| 104 | 102 | Hao Wu 056 | | | | | | |
| 105 | 103 | Xiumei Wu A212 | | | | Reservation | | |
| 106 | 104 | Yanru Liu A407 E305 | | | | | | |
| 107 | 105 | Fangyao Lyu 057 | | | | | | |
| 108 | 106 | Jun Wu E102 | | | | | | |
| 109 | 107 | Fuxiu Liu, Wanmao Cui A101 | | | | Illegible phone number | | |
| 110 | 108 | Jiajia Liu E105 | | | | | | |
| 111 | 109 | Haoling Ni 043 | | | | | | |
| 112 | 110 | Xiaojiang Yu 042 | | | | | | |
| 113 | 111 | Jing Fu | | | | Reservation | | |
| 114 | 112 | Dianhua Hou F103 | | | | | | |
| 115 | 113 | Genrui Wan, Liqian Dang | | | | | | |
| 116 | 114 | Jiangyan Wan C106 | | | | | | |
| 117 | 115 | Jianghao Yu 020 | | | | RMB | | |
| 118 | 116 | Quanlai Ding 015 | | | | | | |
| 119 | | | | | | | | |
| 120 | | EB-5 Immigration Customers | | | | | | |

|     | A   | B             | C                                          | D                                | E   | F                                           | G   | H   |
| --- | --- | ------------- | ------------------------------------------ | -------------------------------- | --- | ------------------------------------------- | --- | --- |
| 121 | 117 | Bingzi Wang   | Personal Contact Information Redacted       |                                  |     | Enquiry of whether it is Palm Springs project |     |     |
| 122 | 118 | Guoyu Dai     |                                            |                                  |     | Enquiry of whether it is Palm Springs project |     |     |
| 123 | 119 | Xiaotong Wang |                                            |                                  |     | Enquiry of whether it is Palm Springs project |     |     |
| 124 | 120 | Yang Wang     |                                            |                                  |     | Enquiry of whether it is Palm Springs project |     |     |
| 125 |     |               |                                            |                                  |     |                                             |     |     |
| 126 |     |               |                                            | San Juan EB-5 Immigration Project |     |                                             |     |     |
| 127 | 121 | Bing Han      |                                            |                                  |     |                                             |     |     |
| 128 | 123 | Yuehong Yang  |                                            |                                  |     |                                             |     |     |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 序号 | 购房时间 | 预订单号 | 购房金额 | 客户 | 电话 | 销售部记录顾问 | CRM对应顾问 | 销售不对应 | 分公司 |
| 2 | 1 | 2/3/2015 | 2016010091 | $1,900,000 | 王军 | Personal Contact Information Redacted | | 黄琪元 | 是 | 深圳 |
| 3 | 2 | 11/21/2015 | 2016010034 | $380,000 | 汪达明 | | 田苗 | 张煦 | 是 | 北京 |
| 4 | 3 | 11/21/2015 | 2016010035 | $380,000 | 孙丽华 | | 田苗 | 张宽贤 | 是 | 北京 |
| 5 | 4 | 11/21/2015 | 2016010035 | $380,000 | 孙丽华 | | 田苗 | 张宽贤 | 是 | 北京 |
| 6 | 5 | 11/21/2015 | 2016010036 | $430,000 | 原小萱 | | 田苗 | 田苗 | 否 | 北京 |
| 7 | 6 | 11/21/2015 | 2016010037 | $430,000 | 赵子识 | | 张煦 | 张宽贤 | 是 | 北京 |
| 8 | 7 | 11/21/2015 | 2016010038 | $430,000 | 陈希龙 | | 田苗 | 李凌歌 | 是 | 北京 |
| 9 | 8 | 11/21/2015 | 2016010039 | $420,000 | 马军武 | | 田苗 | 郭文远 | 是 | 北京 |
| 10 | 9 | 11/21/2015 | 2016010040 | $390,000 | 邵文宏 | | 田苗 | 陈阿涛 | 是 | 北京 |
| 11 | 10 | 11/21/2015 | 2016010041 | $430,000 | 周淑萍 | | 田苗 | 张宽贤 | 是 | 北京 |
| 12 | 11 | 11/21/2015 | 2016010045 | $390,000 | 吕培新 | | 田苗 | 周品月 | 是 | 北京 |
| 13 | 12 | 11/21/2015 | 2016010046 | $700,000 | 屠煜青 | | 王鑫 | 王亚唯 | 是 | 深圳 |
| 14 | 13 | 11/21/2015 | 2016010046 | $380,000 | 屠煜青 | | 王鑫 | 王亚唯 | 是 | 深圳 |
| 15 | 14 | 11/21/2015 | 2016010046 | $380,000 | 屠煜青 | | 王鑫 | 王亚唯 | 是 | 深圳 |
| 16 | 15 | 11/21/2015 | 2016010047 | $380,000 | 高少康 | | 王鑫 | 王亚唯 | 是 | 深圳 |
| 17 | 16 | 11/21/2015 | 2016010049 | $430,000 | 王壁君 | | 张煦 | 张煦 | 否 | 北京 |
| 18 | 17 | 11/21/2015 | 2016010050 | $700,000 | 屠煜青 | | 王鑫 | 王亚唯 | 是 | 深圳 |
| 19 | 18 | 11/21/2015 | 2016010052 | $380,000 | 周莉莎 | | 田苗 | 张凡帆 | 是 | 北京 |
| 20 | 19 | 11/21/2015 | 2016010054 | $430,000 | 余江灏 | | 张煦 | 张煦 | 是 | 北京 |
| 21 | 20 | 11/21/2015 | 2016010015 | $380,000 | 白朝坡 | | 田苗 | 郭文远 | 是 | 北京 |
| 22 | 21 | 11/21/2015 | 2016010011 | $700,000 | 陈玉琴 | | 张煦 | 张煦 | 否 | 北京 |
| 23 | 22 | 12/21/2015 | 2016010042 | $420,000 | 李峰 | | 田苗 | 车欣 | 是 | 北京 |
| 24 | 23 | 12/21/2015 | 2016010042 | $430,000 | 李峰 | | 田苗 | 车欣 | 是 | 北京 |
| 25 | 24 | 12/21/2015 | 2016010042 | $380,000 | 李峰 | | 田苗 | 车欣 | 是 | 北京 |
| 26 | 25 | 12/21/2015 | 2016010042 | $380,000 | 李峰 | | 田苗 | 车欣 | 是 | 北京 |
| 27 | 26 | 12/25/2015 | 2016010018 | $380,000 | 李慕涵 | | 张宽贤 | 张宽贤 | 否 | 北京 |
| 28 | 27 | 12/27/2015 | 2016010016 | $380,000 | 朱丽丽 | | 田苗 | 张珊珊 | 是 | 北京 |
| 29 | 28 | 12/27/2015 | 2016010016 | $380,000 | 朱丽丽 | | 田苗 | 张珊珊 | 是 | 北京 |
| 30 | 29 | 12/29/2015 | 2016010017 | $380,000 | 王姗 | | 王雯玥/臧乐 | 臧乐 | 否 | 北京 |
| 31 | 30 | 1/19/2016 | 2016010020 | $390,000 | 丁全来 | | 张珊珊 | 张珊珊 | 否 | 北京 |
| 32 | 31 | 1/25/2016 | 2016010027 | $380,000 | 顾臻\李东 | | 张宽贤 | 张宽贤 | 否 | 北京 |
| 33 | 32 | 2/17/2016 | 2016010023 | $400,000 | 马继杰 | | 王雯玥/张宽贤 | 张宽贤 | 否 | 北京 |
| 34 | 33 | 2/27/2016 | 2016010044 | $400,000 | 陈能学 | | 张宽贤 | 张宽贤 | 否 | 北京 |
| 35 | 34 | 2/27/2016 | 2016030042 | $400,000 | 张华 | | 田苗 | 张宽贤 | 是 | 北京 |
| 36 | 35 | 3/8/2016 | 2016030081 | $450,000 | 周辉 | | 王鑫 | 张煦 | 是 | 深圳 |
| 37 | 36 | 3/16/2016 | 2016030057 | $400,000 | 陈辉 | | 臧乐 | 臧乐 | 否 | 北京 |

1

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 37 | 3/23/2016 | 2016030047 | $400,000 | 张志英 | Personal Contact Information Redacted | 金光耀 | 郭文远 | 是 | 北京 |
| 39 | 38 | 3/24/2016 | 2016030027 | $420,000 | 陈依萍 | | 朱鹏程 | 朱鹏程 | 否 | 上海 |
| 40 | 39 | 3/30/2016 | MYR 2,016,030,065 | $430,000 | 张咏梅 | | 田苗 | 张宽贤 | 是 | 北京 |
| 41 | 40 | 3/30/2016 | 2016030064 | $420,000 | 刘亚利 | | 田苗 | 张煦 | 是 | 北京 |
| 42 | 41 | 4/6/2016 | 2016030066 | $400,000 | 高云峰/佟素英 | | 张宽贤 | 张宽贤 | 否 | 北京 |
| 43 | 42 | 7/16/2016 | 2016030121A | $430,000 | 崔颖 | | 孟波 田茹 | 孟波 田茹 | 否 | 北京 |
| 44 | 43 | 7/27/2016 | MYR 2,016,030,270 | $430,000 | 张嘉兴 | | 张凡帆 | 张凡帆 | 否 | 北京 |
| 45 | | | | | | | | | | |
| 46 | | | | 芳香庄园预订单统计表 | | | | | | |
| 47 | # | 客户姓名 | 顾问 | 购买项目 | 客户电话 | 客户地址 | 邮箱 | | | |
| 48 | | | | 享受活动优惠客户 | | | | | | |
| 49 | | | | 老客户 | | | | | | |
| 50 | 2 | 王石军 | 陈阿涛 | 2套棕榈泉 | Personal Contact Information Redacted | | | | | |
| 51 | 3 | 孙丽霞 | 陈阿涛 | 1套多伦多，1套棕榈泉 | | | | | | |
| 52 | 4 | 祁朝晖 | 田茹 | 1套圣胡安，1套棕榈泉 | | | | | | |
| 53 | 5 | 吴雁涛 | 赵轩 | 1套棕榈泉 | | | | | | |
| 54 | 6 | 李敏 | 赵轩 | 1套棕榈泉 | | | | | | |
| 55 | 7 | 梁亮 | 赵轩 | 2套棕榈泉 | | | | | | |
| 56 | 8 | 崔颖 | 孟波 | 1套棕榈泉 | | | | | | |
| 57 | 9 | 贺晓辉 | 张煦 | 棕榈泉EB5 | | | | | | |
| 58 | 10 | 韩冰 | 张煦 | 1套圣胡安 | | | | | | |
| 59 | 11 | 胡建玲 | 张煦 | 棕榈泉EB5 | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 12 | 唐璐 | 张煦 | 棕榈泉EB5 | Personal Contact Information Redacted | | | | | |
| 61 | 13 | 吴昊 | 张煦 | 棕榈泉EB5 | | | | | | |
| 62 | 14 | 俞晓江 | 张煦 | 4套棕榈泉 | | | | | | |
| 63 | 15 | 周辉 | 张煦 | 2套棕榈泉 | | | | | | |
| 64 | 16 | 汪达明 | 张煦 | 1套棕榈泉，1套英国 | | | | | | |
| 65 | 18 | 楚丽娟 | 王亚唯 | 棕榈泉EB5 | | | | | | |
| 66 | 19 | 陈俊梅 | 王亚唯 | 棕榈泉EB5 | | | | | | |
| 67 | 20 | 何深思 | 郭文远 | 1套棕榈泉 | | | | | | |
| 68 | 21 | 高爽 | 郭文远 | 1套棕榈泉 | | | | | | |
| 69 | 22 | 高战胜 | 郭文远 | 1套棕榈泉 | | | | | | |
| 70 | 23 | 张志英 | 张东元 | 2套棕榈泉1套多伦多 | | | | | | |
| 71 | 24 | 杜晓叶 | 郭文远 | 1套棕榈泉 | | | | | | |
| 72 | 25 | 陈辉 | 臧乐 | 1套棕榈泉，1套韩国雅顿山庄 | | | | | | |
| 73 | 26 | 李慕涵 | 张宽贤 | 1套棕榈泉 | | | | | | |

3

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 27 | 张华 | 张宽贤 | 1套棕榈泉 | Personal Contact Information Redacted | | | | | |
| 75 | 28 | 陈能学 | 张宽贤 | 1套棕榈泉 | | | | | | |
| 76 | 29 | 马继杰 | 张宽贤 | 2套棕榈泉 | | | | | | |
| 77 | 31 | 高云峰 | 张宽贤 | 1套棕榈泉 | | | | | | |
| 78 | 32 | 李新燕 | 张宽贤 | 1套棕榈泉 | | | | | | |
| 79 | 33 | 梦妮娜 | 张宽贤 | 4套棕榈泉 | | | | | | |
| 80 | 34 | 于秀英 | 张宽贤 | 1套棕榈泉 | | | | | | |
| 81 | 35 | 侯典华 | 张宽贤 | 1套棕榈泉 | | | | | | |
| 82 | 36 | 王轶栋 | 张宽贤 | 1套棕榈泉 | | | | | | |
| 83 | 37 | 陈依萍 | 朱鹏程 | 2套棕榈泉 | | | | | | |
| 84 | 38 | 林跃峰 | 朱鹏程 | 1套棕榈泉 | | | | | | |
| 85 | 39 | 方剑斌 | 朱鹏程 | 2套棕榈泉 | | | | | | |
| 86 | 40 | 刘波 | 朱鹏程 | 1套棕榈泉；1套休斯顿 | | | | | | |
| 87 | 41 | 黄琼 | 朱鹏程 | 2套棕榈泉 | | | | | | |
| 88 | 42 | 徐刚 | 朱鹏程/何泽英 | 1套棕榈泉，1套多伦多 | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Personal Contact Information Redacted | | | | | |
| 89 | 43 | 张咏梅 | 田苗/张宽贤 | 1套棕榈泉 | | | | | | |
| 90 | 44 | 周丽莎 | 田苗/张凡帆 | 1套棕榈泉 | | | | | | |
| 91 | 45 | 朱丽丽 | 田苗/张姗姗 | 1套棕榈泉 | | | | | | |
| 92 | 46 | 张爱松 | 田苗/张煦 | 棕榈泉EB5 | | | | | | |
| 93 | 47 | 王宏伟 | 田苗/董松茂 | 1套棕榈泉 | | | | | | |
| 94 | 48 | 刘亚利 | 田苗/张煦 | 1套棕榈泉 | | | | | | |
| 95 | 49 | 吕培新 | 田苗/周品月 | 1套棕榈泉 | | | | | | |
| 96 | 50 | 邵文宏 | 田苗/陈阿涛 | 1套棕榈泉 | | | | | | |
| 97 | 51 | 庄丽娟 | 田苗/李亮 | 1套棕榈泉 | | | | | | |
| 98 | 52 | 孙丽华 | 田苗/张宽贤 | 2套棕榈泉 | | | | | | |
| 99 | 53 | 陈九忠 | 张凡帆 | 2套棕榈泉 1套多伦多 | | | | | | |
| 100 | 54 | 秦纪霞 | 张勇 | 1套澳洲 | | | | | | |
| 101 | 55 | 李哲 | 逯克伟 | 2套棕榈泉 | | | | | | |
| 102 | 58 | 陈雅萍 | 董松茂 | 1套棕榈泉 1套休斯顿 | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 棕榈泉业主名单 | | | | |
| 2 | 编号 | 姓名及购买房号 | 电话 | 邮箱 | QQ | | | |
| 3 | 1 | 丁辉群B-408 | Personal Contact Information Redacted | | | | | |
| 4 | 2 | 付东红E107 | | | | | | |
| 5 | 3 | 李宁D103 | | | | | 人民币付款 | |
| 6 | 4 | 李婷 A410 | | | | | | 已添加 |
| 7 | 5 | 李增荣B101 | | | | | | 已申请添加 |
| 8 | 6 | 时玉玲 A103 | | | | | | 已添加 |
| 9 | 7 | 时玉梅A112 | | | | | | |
| 10 | 8 | 黄荣章 E307 | | | | | | 已申请添加 |
| 11 | 9 | 黄文华 003 | | | | | | 已添加 |
| 12 | 10 | 高波 A202 | | | | | | |
| 13 | 11 | 高爽A109 | | | | | | 已申请添加 |
| 14 | 12 | 黄东 A310（蔡晓英） | | | | | | 已申请添加 |
| 15 | 13 | 鲁国正 F101 | | | | | | |
| 16 | 14 | 高少康016 | | | | | | |
| 17 | 15 | 高云峰 佟素英 F106 | | | | | | 已添加 |
| 18 | 16 | 马继杰 036 | | | | | | 添加过 |
| 19 | 17 | 马军武A312 | | | | | | |
| 20 | 18 | 顾延庆A412 | | | | | | |
| 21 | 19 | 陈玉琴 061 | | | | 黄丽玉 | | |
| 22 | 20 | 陈冲A311 | | | | | | 已申请添加 |
| 23 | 21 | 陈未爱022 | | | | | | |
| 24 | 22 | 陈希龙051 | | | | | | |
| 25 | 23 | 陈志伟 B407 | | | | | | |
| 26 | 24 | 陈俊B301 C305 | | | | | | 已申请添加 |
| 27 | 25 | 陈俊梅 046 | | | | | | 已添加 |
| 28 | 26 | 闻华萌C202 | | | | | | 已申请添加 |
| 29 | 27 | 郭海 时玉庆 A105 | | | | | | |
| 30 | 28 | 郭明路E308 | | | | | | |
| 31 | 29 | 金水莲 046 | | | | | | 已添加 |
| 32 | 30 | 钱枫 A302 | | | | | | 已添加 |
| 33 | 31 | 邵文宏A206 | | | | | | |
| 34 | 32 | 郑新民F202 | | | | | | 已添加 |
| 35 | 33 | 邹定 A-101 | | | | | | 已申请添加 |
| 36 | 34 | 邓撄杨C401 | | | | | | |
| 37 | 35 | 赵春燕&李焱 F301 | | | | | | 已添加 |
| 38 | 36 | 赵洁 F206 | | | | | | |
| 39 | 37 | 赵静 006 | | | | | | 已申请添加 |
| 40 | 38 | 赵志峰 | | | | | | 已申请添加 |
| 41 | 39 | 贺晓辉 001 002 | | | | EB5 | | |
| 42 | 40 | 谢江标032 | | | | | | |
| 43 | 41 | 谢明霞 205 | | | | | | 已申请添加 |
| 44 | 42 | 谢榕 A308 | | | | | | 已申请添加 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 45 | 43 | 赵媛C305 | Personal Contact Information Redacted | | | | | |
| 46 | 44 | 赵子识052 | | | | | | |
| 47 | 45 | 程秋英 C207 | | | | | | |
| 48 | 46 | 范培培 055 | | | | | | 已申请添加 |
| 49 | 47 | 胡建玲 023 | | | | 人民币 | | |
| 50 | 48 | 罗磊鑫C207 | | | | | | |
| 51 | 49 | 白朝坡029 | | | | | | |
| 52 | 50 | 甘伟A310 | | | | | | |
| 53 | 51 | 祁朝晖E303 | | | | | | |
| 54 | 52 | 田红 C102 | | | | | | 已添加 |
| 55 | 53 | 王辉F306 | | | | | | 已申请添加 |
| 56 | 54 | 王莉君 F401 | | | | 人民币 | | 已申请添加 |
| 57 | 55 | 王轶栋 A205 | | | | | | 已添加 |
| 58 | 56 | 王石军 E201 E202 | | | | | | 已申请添加 |
| 59 | 57 | 王舒、王晰 E209 | | | | 人民币 | | |
| 60 | 58 | 王宏 A110 | | | | | | |
| 61 | 59 | 王宏伟 C206 | | | | | | |
| 62 | 60 | 王慧英B108 B207 | | | | | | |
| 63 | 61 | 王洁C201 | | | | | | |
| 64 | 62 | 王晟 F403 | | | | | | 已添加 |
| 65 | 63 | 王璧君 021 | | | | | | |
| 66 | 64 | 王奉炜 F405 | | | | | | |
| 67 | 65 | 洪江 048 | | | | | | |
| 68 | 66 | 潘志龙 D406 | | | | | | |
| 69 | 67 | 王东 杜宏伟 B-105 | | | | | | |
| 70 | 68 | 王卫东B305 | | | | | | |
| 71 | 69 | 熊文婷 | | | | 预定 | | |
| 72 | 70 | 段飞 | | | | 预定 | | |
| 73 | 71 | 汪达明040 | | | | | | |
| 74 | 72 | 梁亮 D301 D302 | | | | | | 已加微信 |
| 75 | 73 | 柳鹏 徐莹 F203 | | | | | | |
| 76 | 74 | 杜欣格 050 | | | | | | |
| 77 | 75 | 林跃峰 008 | | | | | | |
| 78 | 76 | 杨波C101 | | | | 预定 | | |
| 79 | 77 | 杨芳 C403 | | | | 人民币 | | |
| 80 | 78 | 杜杰 F303 | | | | | | 已申请添加 |
| 81 | 79 | 杜晓叶 B405 | | | | | | |
| 82 | 80 | 李灿 A107 | | | | | | |
| 83 | 81 | 李忻原C402 | | | | | | |
| 84 | 82 | 李汇川 E103 | | | | | | |
| 85 | 83 | 李蔡涵 025 | | | | | | |
| 86 | 84 | 李新燕D306 | | | | | | |
| 87 | 85 | 李宁 C407 | | | | | | |
| 88 | 86 | 方思C401 | | | | 预定 | | |
| 89 | 87 | 徐刚 A309 | | | | | | |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 90 | 88 | 徐欣 A-306 | Personal Contact Information Redacted | | | 预定 | | |
| 91 | 89 | 徐元贤 E309 | | | | | | |
| 92 | 90 | 张爱松 B106 | | | | | | |
| 93 | 91 | 张旻 F-205 | | | | 预定 | | |
| 94 | 92 | 张小雅030 | | | | | | |
| 95 | 93 | 张咏梅 B-308 | | | | | | |
| 96 | 94 | 庄丽娟A306 | | | | | | |
| 97 | 95 | 宋世璋 C103 | | | | 预定 | | |
| 98 | 96 | 尹喜E108 | | | | | | |
| 99 | 97 | 姜峰D401 D402 | | | | | | |
| 100 | 98 | 周文婧B301 | | | | | | |
| 101 | 99 | 周雪雯 A210 | | | | 预定 | | |
| 102 | 100 | 吴安民 A211 | | | | | | |
| 103 | 101 | 吴桂芹 A111 | | | | | | |
| 104 | 102 | 吴昊 056 | | | | | | |
| 105 | 103 | 吴秀梅 A212 | | | | 预定 | | |
| 106 | 104 | 刘雁儒A407 E305 | | | | | | |
| 107 | 105 | 吕方瑶 057 | | | | | | |
| 108 | 106 | 吴军E102 | | | | | | |
| 109 | 107 | 刘福秀 崔万茂 A101 | | | | 电话模糊不清 | | |
| 110 | 108 | 刘佳佳 E105 | | | | | | |
| 111 | 109 | 倪浩凌 043 | | | | | | |
| 112 | 110 | 俞晓江042 | | | | | | |
| 113 | 111 | 付婧 | | | | 预定 | | |
| 114 | 112 | 侯典华 F103 | | | | | | |
| 115 | 113 | 万根瑞 党丽倩 | | | | | | |
| 116 | 114 | 万江燕C106 | | | | | | |
| 117 | 115 | 余江灏020 | | | | 人民币 | | |
| 118 | 116 | 丁全来 015 | | | | | | |
| 119 | | | | | | | | |
| 120 | | | | EB-5移民客户 | | | | |
| 121 | 117 | 王冰子 | Personal Contact Information Redacted | | | 询问是否是棕榈泉项目 | | |
| 122 | 118 | 代国钰 | | | | 询问是否是棕榈泉项目 | | |
| 123 | 119 | 王晓桐 | | | | 询问是否是棕榈泉项目 | | |
| 124 | 120 | 王杨 | | | | 询问是否是棕榈泉项目 | | |
| 125 | | | | | | | | |
| 126 | | | | 圣胡安eb5移民项目 | | | | |
| 127 | 121 | 韩冰 | | | | | | |
| 128 | 123 | 杨越红 | | | | | | |

# AFFIDAVIT OF TRANSLATION

Country of <u>China</u>            )

                              )   SS:

City of <u>Shanghai</u>            )

     I, <u>GUO Hong</u>, being duly sworn, depose and state:

     1.    I am over 18 years of age. My work address is at <u>Room 807-809, Building 4, 680 West Shuichan Road, Baoshan District, Shanghai, China.</u>

     2.    I am fluent in both English and Chinese language.

     3.    I hereby certify that I have translated the following documents, which are in Chinese language and are attached to this Affidavit.

     ·    Investor List (including Worksheets I & II)

     4.    I further certify that, to the best of my knowledge, the translation of the aforementioned is a true and accurate translation of the attached documents.

Date: September 23, 2021       _____

                                   Signature