Jeffrey L. Fazio (146043) (jfazio@dehengsv.com)
Yi Yao (292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-5856
F: 925-397-1976

*Attorneys for Plaintiff Jun Wu*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JUN WU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>RUIXUE SHI, aka SERENA SHI, an individual, COACHELLA VALLEY HOTEL, LLC a California limited liability company, HYDE MORGAN DEVELOPMENT LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>    Defendants. | No. 20-cv-11799-FMO (GJSx)<br><br>**DECLARATION OF MEI XUAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**DATE:  October 28, 2021**<br>**TIME:  10:00 A.M.**<br>**COURTROOM: 6D**<br>**TRIAL DATE: N/A**<br><br>Hon. Fernando M. Olguin |

I, Mei Xuan, declare as follows:

1.    I am a member in good standing of the California State Bar and am an attorney at DeHeng Law Offices PC, counsel of record for Plaintiff Jun Wu in the above-captioned action. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.    My office has obtained a list of investors in the Palm Springs Luxury Hotel Investment Project from Fanfan Zhang, who was employed by former Defendant Global House Buyer Limited.[1] A copy along with the English translation of that list ("List") is attached as **Exhibit 1** to the Declaration of Fanfan Zhang, concurrently filed.

3.    Because all the investors are Chinese, to further confirm the information identified by the List, my office requested that a legal team at Beijing DeHeng Law Offices[2] contact the investors identified in the List one by one. The team in Beijing consisted of a Chinese lawyer (Ms. Ranran Fu) and three assistants (collectively, the "Beijing team"). The Beijing team has used phone, WeChat, and emails to contact every investor in the List starting July 30, 2021.

4.    I have collaborated with the Beijing team throughout the outreach process, and I have personal knowledge of the efforts and outcomes of the outreach. I have also spent significant time reviewing documents that the Beijing team collected from the potential investors as a result of the extensive outreach process.

5.    With my assistance, the Beijing team has attempted to contact everyone in the List, which included at least 150 potential investors of the Palm Springs

---

[1] Global House Buyer Limited was named as a Defendant in the above-captioned action but has been voluntarily dismissed without prejudice as of July 30, 2021 due to lack of service. *See* ECF No. 33.

[2] My office (DeHeng Law Offices PC) and Beijing DeHeng Law Offices are two affiliated law firms and share the same brand, although they are independently owned and operated.

Luxury Hotel Investment Project (the "Project"). The Beijing team has reached out to potential investors via targeted social media campaign as well as the Internet more generally. With the assistance from my office, the Beijing team published a notice regarding the above-captioned action through WeChat[3] and the Internet asking investors of the Project to provide documents and information. The notice was posted in several WeChat groups that consisted of the investors of the Project. The notice was also forwarded and re-posted in other WeChat groups. In the meantime, an e-mail account had been created and designated specifically for the purpose of corresponding with people regarding the notice, which the Beijing team and I both have access to and use for the stated purpose.

6.      Subsequently, we also received inquiries from a number of people who were not identified by the List. With the assistance of the Beijing team, I have verified that twelve (12) people are investors of the Project who were not in the list. Further, a total of fifty-five (55) investors provided written instruments regarding their investments in the Project (*i.e.*, Purchase and Sale Agreement) or proofs of payments. With the assistance of the Beijing team, I further confirmed that two (2) investors, Yali Liu and Zhe Li, already reached a settlement with Defendants; and six (6) people on the List actually invested in projects other than the Project: Bingzi Wang, Guoyu Dai, Xiaotong Wang, Yang Wang, Bing Han, and Yuehong Yang. Finally, neither the Beijing team nor I could contact eight people identified by the List due to erroneous or absent contact information.

7.      Accordingly, I updated the List by removing the six (6) people who did not invest in the Project, removing two (2) people who have settled with the defendants, and adding the twelve (12) newly discovered investors. A copy of the said updated name list ("Updated List") and is attached herein as **Exhibit A**.

---

[3] WeChat is the most commonly used social media and communications platform in China, and virtually everyone has a WeChat account in China.

8.      Based on the information the Beijing team and I have gathered from outreach to potential investors and the documents I have reviewed, I believe the Updated List represents a relatively complete list encompassing all the investors of the Project. It is possible that there are more than 160 investors in the Project, whom we expect to reach by way of distributing notice of the pendency of this action to the proposed Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this Declaration is executed in San Francisco, California on September 24, 2021.

/s/ *Mei Xuan*
Mei Xuan



EXHIBIT A

| No. | Investor |
|-----|----------|
| 1 | Jun Wang |
| 2 | Xiaoxuan Yuan |
| 3 | Zishi Zhao |
| 4 | Xilong Chen |
| 5 | Junwu Ma |
| 6 | Shuping Zhou |
| 7 | Yuqing Tu |
| 8 | Shaokang Gao |
| 9 | Bijun Wang |
| 10 | Lisha Zhou |
| 11 | Jianghao Yu |
| 12 | Chaopo Bai |
| 13 | Yuqing Chen |
| 14 | Feng Li |
| 15 | Shan Wang |
| 16 | Quanlai Ding |
| 17 | Zhen Gu / Dong Li |
| 18 | Jiaxing Zhang |
| 19 | Shijun Wang |
| 20 | Lixia Sun |
| 21 | Zhaohui Qi |
| 22 | Yantao Wu |
| 23 | Min Li |
| 24 | Liang Liang |
| 25 | Yin Cui |
| 26 | Xiaohui He |
| 27 | Jianlin Hu |
| 28 | Lu Tang |
| 29 | Hao Wu |
| 30 | Xiaojiang Yu |
| 31 | Hui Zhou |
| 32 | Daming Wang |
| 33 | Lijuan Chu |
| 34 | Junmei Chen |
| 35 | Shensi He |
| 36 | Shuang Gao |
| 37 | Zhansheng Gao |
| 38 | Zhiying Gao |

| No. | Investor |
|-----|----------|
| 39 | Xiaoye Du |
| 40 | Hui Chen |
| 41 | Muhan Li |
| 42 | Hua Zhang |
| 43 | Nengxue Chen |
| 44 | Jijie Ma |
| 45 | Yunfeng Gao |
| 46 | Xinyan Li |
| 47 | Nina Meng |
| 48 | Xiuying Yu |
| 49 | Dianghua Hou |
| 50 | Yidong Wang |
| 51 | Yiping Chen |
| 52 | Yuefeng Lin |
| 53 | Jianbin Fang |
| 54 | Bo Liu |
| 55 | Qiong Huang |
| 56 | Gang Xu |
| 57 | Yongmei Zhang |
| 58 | Lisha Zhou |
| 59 | Lili Zhu |
| 60 | Aisong Zhang |
| 61 | Hongwei Wang |
| 62 | Peixin Lyu |
| 63 | Wenhong Shao |
| 64 | Lijuan Zhuang |
| 65 | Lihua Sun |
| 66 | Jiuzhong Chen |
| 67 | Jixia Qin |
| 68 | Yaping Chen |
| 69 | Huiqun Ding |
| 70 | Donghong Fu |
| 71 | Ning Li |
| 72 | Ting Li |
| 73 | Zengrong Li |
| 74 | Yuling Shi |
| 75 | Yumei Shi |
| 76 | Rongzhang Huang |

| No. | Investor |
|-----|----------|
| 77 | Wenhua Huang |
| 78 | Bo Gao |
| 79 | Dong Huang（Xiaoying Cai） |
| 80 | Guozheng Lu |
| 81 | Shaokang Gao |
| 82 | Yanqing Gu |
| 83 | Chong Chen |
| 84 | Weiai Chen |
| 85 | Zhiwei Chen |
| 86 | Jun Chen |
| 87 | Huameng Wen |
| 88 | Hai Guo、Yuqing Shi |
| 89 | Minglu Guo |
| 90 | Shuilian Jin |
| 91 | Feng Qian |
| 92 | Xinmin Zheng |
| 93 | Ding Zou |
| 94 | Nianyang Deng |
| 95 | Chunyan Zhao、Yan Li |
| 96 | Jie Zhao |
| 97 | Jing Zhao |
| 98 | Zhifeng Zhao |
| 99 | Jiangbiao Xie |
| 100 | Mingxia Xie |
| 101 | Rong Xie |
| 102 | Yuan Zhao |
| 103 | Qiuying Cheng |
| 104 | Peipei Fan |
| 105 | Leixin Luo |
| 106 | Wei Gan |
| 107 | Hong Tian |
| 108 | Hui Wang |
| 109 | Lijun Wang |
| 110 | **Shijun Wang** |
| 111 | Shu Wang、Xi Wang |
| 112 | Hong Wang |
| 113 | Huiying Wang |
| 114 | Jie Wang |

| No. | Investor |
|---|---|
| 115 | Sheng Wang |
| 116 | Fengwei Wang |
| 117 | Jiang Hong |
| 118 | Zhilong Pan |
| 119 | Dong Wang  Hongwei Du |
| 120 | Weidong Wang |
| 121 | Wenting Xiong |
| 122 | Fei Duan |
| 123 | Peng Liu、Ying Xu |
| 124 | Xinge Du |
| 125 | Bo Yang |
| 126 | Fang Yang |
| 127 | Jie Du |
| 128 | Can Li |
| 129 | Xinyuan Li |
| 130 | Huichuan Li |
| 131 | Si Fang |
| 132 | Xun Xu |
| 133 | Yuanxian Xu |
| 134 | Min Zhang |
| 135 | Xiaoya Zhang |
| 136 | Shizhang Song |
| 137 | Xi Yin |
| 138 | Feng Jiang |
| 139 | Wenjing Zhou |
| 140 | Xuewen Zhou |
| 141 | Anmin Wu |
| 142 | Guiqin Wu |
| 143 | Xiumei Wu |
| 144 | Yanru Liu |
| 145 | Fangyao Lyu |
| 146 | Jun Wu |
| 147 | Fuxiu Liu 、Wanmao Cui |
| 148 | Jiajia Liu |
| 149 | Haoling Ni |
| 150 | Jing Fu |
| 151 | Genrui Wan、Liqian Dang |
| 152 | Jiangyan Wan |

| No. | Investor |
|---|---|
| 153 | Congbo Sun |
| 154 | Heming Zhang |
| 155 | Yun Wen |
| 156 | Junrui Yang |
| 157 | Lijun Mao |
| 158 | Zhengchun Wang |
| 159 | Hua Tian |
| 160 | Meng Zhang |
| 161 | Zehui Fan |
| 162 | Junmei Chen |
| 163 | Jiaonan Han |
| 164 | Yuna Ma |