Jeffrey L. Fazio (146043) (jfazio@dehengsv.com)
Yi Yao (292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-5856
F: 925-397-1976

*Attorneys for Plaintiff Jun Wu*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JUN WU, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>RUIXUE SHI, aka SERENA SHI, an individual, COACHELLA VALLEY HOTEL, LLC a California limited liability company, HYDE MORGAN DEVELOPMENT LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>  Defendants. | No. 20-cv-11799-FMO (GJSx)<br><br>**DECLARATION OF JUN WU** |

I, Jun Wu, declare as follows:

1. I am the Plaintiff of the above-entitled action. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2. I was born in mainland China and I currently reside in Hunts Point, Washington. I received an MBA degree from Nanyang Technological University in Singapore.

3. I understand that, if appointed as the representative of the proposed Class in this action, I have responsibilities to members of the proposed Class, each of whom has suffered damages as a result of our investments in the Palm Springs Luxury Hotel Investment Project (the "Coachella Project") in Coachella, California.

4. I have no interest that is antagonistic to the other proposed Class Members and I am aware of my responsibilities to the members of the proposed Class. Among those responsibilities are considering the interests of proposed Class Members in the same manner that I consider my own interests when making a decision relating to the prosecution of this action; that I must be diligent about staying apprised of the progress of the litigation and any significant developments that pertain to it; that I must present my attorneys with all relevant facts concerning the litigation; that I must do what I can to ensure that any resolution of the litigation is in the best interests of the proposed Class as a whole; and that I must be prepared to participate in the litigation, such as by responding to discovery and testifying in deposition and at trial.

5. In accordance with my duties as a Class Representative, I actively participated in the retention of counsel, intend to vigorously prosecute the case on behalf of the Class, and will continue to monitor and support this action until it is finally resolved.

-3-

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and this Declaration was executed at
3  Hunts Point, Washington, on September 24, 2021.

_____
Jun Wu