UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11799 FMO (GJSx) | Date | October 26, 2021 |
|---|---|---|---|
| Title | Jun Wu v. Ruixue Shi, et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Ex Parte Application

Having reviewed plaintiff Jun Wu's ("plaintiff") Ex Parte Application to Extend Hearing Date, (Dkt. 36, "Application"), by which plaintiff seeks to continue the hearing on his motions for class certification and default judgment, (see id.), and based on the court's review of the case docket, IT IS ORDERED THAT:

    1.  Plaintiff's Application **(Document No. 36)** is **granted in part** and **denied in part** as set forth below.

    2.  Plaintiff's Motion for Class Certification **(Document No. 34)** is taken under submission, and the October 28, 2021, hearing date is **vacated**.

    3.  Plaintiff's Motions for Default Judgment **(Document Nos. 19 & 31)** are **denied without prejudice**.

    4.  Plaintiff may file a consolidated renewed motion for default judgment by no later than **January 6, 2022**, and notice it for hearing on February 3, 2021, pursuant to the Local Rules. The motion shall comply with the requirements set forth in the Court's Order of June 15, 2021.[1] (Dkt. 29).

|  | 00 | : | 00 |
|---|---|---|---|
|  Initials of Preparer | | gga | |

---

[1] Plaintiff shall clearly set forth the relief sought from each defaulting defendant.