# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11799 FMO (GJSx) | Date | April 14, 2022 |
|---|---|---|---|
| Title | Jun Wu v. Ruixue Shi et al | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Gabriela Garcia | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

Jeffrey Fazio (telephone)      None Present
Yi Yao (telephone)

**Proceedings:**   **MOTION TO CERTIFY CLASS [34]**

**MOTION FOR DEFAULT JUDGMENT [40]**

The court and counsel confer regarding the Motion to Certify Class. The Motion to Certify Class **(Document No. 34)** is **denied without prejudice** for the reasons set forth on the record.

The Motion for Default Judgment **(Document No. 40)** is **denied without prejudice** for the reasons set forth on the record.

The plaintiff shall file renewed motions no later than **May 5, 2022**. To the extent plaintiff files a renewed motion for default judgment, he shall set forth all requested relief, e.g., damages and attorney's fees. Failure to file the renewed motions by the deadline set forth above shall result in the action being dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962))

IT IS SO ORDERED.

|  | 00 | : | 29 |
|---|---|---|---|
|  | Initials of Preparer | | gga |