UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-11799 FMO (GJSx) | Date | January 19, 2023 |
| Title | Jun Wu v. Ruixue Shi et al | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Gabriela Garcia | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Andre Bates

Attorney Present for Defendant(s):  None Present

**Proceedings:**  MOTION FOR DEFAULT JUDGMENT [51]

MOTION TO CERTIFY CLASS [52]

The Motion for Default Judgment **(Document No. 51)** is **denied without prejudice** for the reasons set forth on the record.

The court and counsel confer regarding the Motion to Certify Class. The Motion to Certify Class **(Document No. 52)** is **denied without prejudice** for the reasons set forth on the record.

The plaintiff shall file renewed motions no later than **February 16, 2023.** To the extent plaintiff files a renewed motion for default judgment, he shall set forth all requested relief, e.g., damages and attorney's fees. Moreover, plaintiff is admonished that failure to fully address the issues discussed during the hearing shall result in the denial of the motions and dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). Additionally, failure to file the renewed motions by the deadline set forth above shall result in the action being dismissed for failure to prosecute. See id.

IT IS SO ORDERED.

|  | 00 : 20 |
|---|---|
|  | Initials of Preparer  gga |